UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

RAZIEL BRIAH
*(Enter full name of plaintiff)*
Plaintiff,

v.

Myque Obiero (Corrections Health Director)
Mike Schmidt (Multnomah County DA Office)

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:23-cv-00477-YY
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**
Name: RAZIEL BRIAH
Street Address: 11540 NE Inverness Dr.
City, State & Zip Code: Portland, OR 97220
Telephone No.: 971-238-4633 → currently being held in jail

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**  Name: ~~Multnomah County Health Department Corrections Health~~
Street Address: ~~~~
City, State & Zip Code: ~~Portland~~
Telephone No.: ~~~~

**Defendant No. 2**  Name: ~~~~
Street Address: ~~~~
City, State & Zip Code: ~~~~
Telephone No.: ~~~~

**Defendant No. 3**  Name: Myque Obiero (Corrections Health Director)
Street Address: 1120 SW 3rd Ave.
City, State & Zip Code: Portland, OR 97204
Telephone No.: 503-988-3689

**Defendant No. 4**  Name: Mike Schmidt (Multnomah County District Attorney)
Street Address: 1200 SW 1st Ave, STE 5200
City, State & Zip Code: Portland, OR 97204
Telephone No.: 503-988-3162

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

(Amendment 1), (Amendment 4), (Amendment 5), (Amendment 6), (Amendment 8) (Amendment 14) I have been deprived of Constitutional Rights that Requires immediate Judicial attention.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Myque Obiero Director of Corrections Health was informed and denied Emergency Medical Care. That stimulated from a (PREA) Prison Rape Elimination Act Rape incidents on 9/23/22, 9/25/22 and many other occasions. I had no First Responders or paramedic treat for multiple Hate crime related violent rapes in Inverness Jail. I had a bloody ripped Anus, that got infected by a (STI) Sexually transmitted Infection from the multiple rapes that had a golf ball size puss and bloody anus. There is ongoing anal leakage to wear a adult diaper from smelly anal leakage after a denial of Emergency medical. I am wearing Adult diapers - and had to wear diapers during winter holidays of 2022 and Present. My Second medical Dr. correspondence with The TV Show Dr. Pimple Popper AKA Dr. Sandra Lee, Dermatologist said The puss filled golf ball size fat stalk that squirted green fluid and puss was from not getting proper medical and is a (STI).

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Dr. Sandra Lee AKA Dr. Pimple Popper Said I should have gotten Emergency medical Treatment to avoid STI Sexual Transmitted Infections. ——> Next Side

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

Irriversable Injury of ongoing anal leakage as of present day. I have multiple over (250) Medical Service Request and medical Grievences with (MCDC) multnomah County Detention center and multnomah County Inverness Jail with medical Malpratice and neglegence from Multiple (PREA) Prison Rape Elimination Acts of Some racist Staff that denied me Treatment including proper mental health Counseling for mental Truama, Duress, and Pain and Suffering without proper medication that was denied by multiple (Dr.s - Nurses) Some Staff corrections and medical participated in hate Speech which on medical Grievces on file with times and dates with names. I have only the cell 2 Safety, and the Suicide Hotline for Support

**Claim III**

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Mike Schmidt Multnomah County District Attorneys office was informed of my Habeas Corpus in regards to my Emergency medical (PREA) Prison Rape Elimination Act incedents to be able to be released to Medical Emergency like Some white or Cacasion Inmates have been able to seek proper medical which constitutes racial discrimination Multiple District attornies informed Mike Schmidt as well as me notifying on every Court date since 9/23/22 about the Habeas Corpus medical. The district attorneys knowingly and intentionaly violeted multiple US Constitutions like False Imprisonment and Oppresive Incarceration Denying bail Knowing I have a Habeas Corpus for medical to make suffer.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)  4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes        ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Corrections Health Director and Multnomah County District Attorneys office Knowingly Violeted Constitionel Rights (Racial Discrimination, Cruel and Unusual punishment) which directly resulted in a failure of the Corrections Health-Facilities to provide adequate care for Serious medical Conditions resulting in my life long mental Extreem truama and irreversable physical Injuries and damages to the body including Colone-Anus-Retum Areas. As well as retaliation from medical Staff for asserting my legal rights. These Extreem life long Scares physicaly and Mentaly have dramiticly Effected myself and others, for the rest of (my life Forever) Seeking Compensation of Eleven million seven Hundred and seventy seven thousand ($11,777,000) dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of March, 2023.

_____
(Signature of Plaintiff)

aziel #750056
E Inverness Drive
OR 97220

(PREA- Documents inside
Prison Rape Elimination Act)

3/28/23

yal Mail

ATT: Trial Court Administrators

United States District Court
Office of the Clerk - District of Oregon
740 United States Courthouse
1000 SW Third Avenue
Portland OR 97204

The FBI Have Been informed with The Inspector General
This Mail was Held By Jail or McDC - Inverness Jail